NATHAN FRENK et al., Appellants, v. JOSEPH KATZ et al., Respondents.— No opinion. Appeal from original order entered May 4, 1951, dismissed, without costs. Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ., concur.

In the Matter of SALVATORE MINGOIA, Respondent, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Appellant.— There was sufficient evidence before the State Rent Administrator which, though controverted, justified his determination. Nolan, P. J., Carswell, Johnston, Wenzel and Schmidt, JJ., concur.

RUTH R. KORNHAUSER et al., Appellants, v. LI YU YING, Respondent.— No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur. [See post, p. 1023.]

LOIS MARX, Respondent, v. FREDERICK MARX, Appellant.— Comparing the proof adduced at the trial with the facts upon which the motion to vacate the judgment is based reveals that the movant's showing is insufficient to warrant the conclusion that a different result would ensue on a new trial. (Cook v. Cook, 342 U. S. 126; Dalton v. Dalton, 270 App. Div. 269, 273.) Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.